# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **PROPERTY DISCLOSURE TECHNOLOGIES, LLC,** | § § § § § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 6:14-mc-00025-JDL |
| **JBGOODWIN REALTORS, INC., et al.,** | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Texas Association of Realtors, Inc.'s Motion to Quash (Doc. No. 1), originally filed in the Western District of Texas. The Court hereby **ORDERS** the parties to meet and confer regarding the subject motion in accordance with Local Rule CV-7(h) by December 17, 2014. The parties are to file a Notice of Compliance with this Order by December 19, 2014 indicating whether the motion has been resolved.

**So ORDERED and SIGNED this 11th day of December, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE